USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 03 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MIGUEL GALARZA-PAGAN,

                                    Plaintiff,

-against-

OFFICER PETER OTHMAN and OFFICER JOHN SMALLS,

                                    Defendants.
-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 5041 (KBF)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
March 1, 2016

BOND, SCHOENECK & KING, PLLC
*Attorneys for Plaintiff*
22 Corporate Woods Blvd., Ste. 501
Albany, New York 12211

By: _____
Christopher Stevens
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Othman and Smalls*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Philip S. Frank
*Senior Counsel*

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Dated: 3/2/16, 2016

2